**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>Plaintiff,<br><br>v.<br><br>GURUAAN LA, INC. D/B/A ARCO #5802; and DOES 1 to 10,<br><br>Defendants. | Case No. 2:21-cv-05931-MCS-MAA<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying Motion for Default Judgment, IT IS ADJUDGED that the Complaint is dismissed. The action is dismissed without prejudice for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: November 15, 2021

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE